IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:02CR125 |
| | ) | |
| v. | ) | |
| | ) | |
| RONALD HOSKINS, | ) | ORDER NUNC PRO TUNC |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

      This matter is before the Court on defendant's motion to reduce sentence (Filing No. 34) and the stipulation of the parties (Filing No. 35).  Pursuant to the retroactive amendment to the cocaine base guidelines, the defendant's final offense level is reduced from <u>31 to 29</u>.  His criminal history category remains at III.  The government and defense agree that his sentence should be reduced to eighty (80) months imprisonment, considering the prior computation of specific offense characteristics, adjustments, and departures.  Considering the time served and credit for good time,

      IT IS ORDERED that said motion is granted and the stipulation of the parties is approved and adopted; the sentence of the defendant is reduced to eighty (80) months, and the defendant is entitled to be released.  Execution of this order

shall be stayed for ten (10) days from the date of this order. The conditions of supervised release entered in the original judgment and committal order remain in full force and effect.

DATED this 16th day of June, 2008.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court