IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:02CR125 |
| | ) | |
| v. | ) | |
| | ) | AMENDED ORDER |
| RONALD HOSKINS, | ) | NUNC PRO TUNC |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on defendant's motion to reduce sentence (Filing No. 34) and the stipulation of the parties (Filing No. 35). Pursuant to the retroactive amendment to the cocaine base guidelines, the defendant's final offense level is reduced from <u>31 to 29</u>. His criminal history category remains at III. The government and defense agree that his sentence should be reduced to eighty (80) months imprisonment, considering the prior computation of specific offense characteristics, adjustments, and departures. Considering the time served and credit for good time,

IT IS ORDERED that said motion is granted and the stipulation of the parties is approved and adopted; the sentence of the defendant is reduced to eighty (80) months. This sentence has already been served and the defendant is ordered released time served. The conditions of supervised release entered in the

original judgment and committal order remain in full force and effect.

DATED this 26th day of June, 2008.

BY THE COURT:

/s/ Lyle E. Strom
_____
   LYLE E. STROM, Senior Judge
   United States District Court